UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHEGG, INC.,

        Plaintiff,

      v.

JOHN DOE,

        Defendant.

Case No. 22-cv-07326-CRB (AGT)

**ORDER ON EX PARTE MOTION FOR LEAVE TO TAKE EXPEDITED DISCOVERY**

Re: Dkt. No. 14

      The Court previously granted Chegg's request for leave to subpoena Cloudflare Inc. and NameCheap Inc. before the parties' Rule 26(f) conference to determine defendant Doe's identity. *See* Dkt. 13. Cloudflare and NameCheap are, respectively, "the reverse proxy service provider and registrar" of Doe's internet domains. Dkt. 9 at 4.

      Chegg has now moved for leave to subpoena Hostwinds LLC before the Rule 26(f) conference, again to determine Doe's identity. Hostwinds is "the new hosting provider" for Doe's email address. Dkt. 14 at 2. Chegg has also moved for leave "to file abbreviated motions for expedited discovery upon future developments that substantively describe only the conduct of the subpoena target and the steps that [Chegg] has taken to identify Defendant Doe as of any future date." *Id.* Chegg maintains that the abbreviated motions will allow Chegg "to more rapidly respond to new conduct of Defendant Doe and conserve judicial resources." *Id.*

      The Court grants Chegg's request for leave to subpoena Hostwinds. Chegg may serve Hostwinds with a subpoena that is materially the same as the proposed document subpoena Chegg submitted with its motion. *See* Dkt. 14-2. The Court also grants Chegg's request for leave to file abbreviated motions for expedited discovery upon future developments. The Court, however, may request additional information from Chegg if Chegg's abbreviated motions lack enough detail for

the Court to evaluate whether more early discovery is warranted.

**IT IS SO ORDERED.**

Dated: January 4, 2023

Alex G. Tse
United States Magistrate Judge