UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHEGG, INC., | Case No. 22-cv-07326-CRB (AGT) |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| JOHN DOE, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be referred for all discovery purposes to another magistrate judge.

**IT IS SO ORDERED.**

Dated: October 4, 2023

_____
ALEX G. TSE
United States Magistrate Judge