1  Gabriel M. Ramsey
   gramsey@crowell.com
2  Anna Z. Saber
   asaber@crowell.com
3  CROWELL & MORING LLP
   3 Embarcadero Center, 26th Floor
4  San Francisco, A 94111
   Telephone: (415) 986-2800
5  Fax: (415) 986-2827

6  Jennie Wang VonCannon
   jvoncannon@crowell.com
7  CROWELL & MORING LLP
   515 South Flower Street, 40th Floor
8  Los Angeles, Ca 90071
   Telephone: (213) 622-4750
9  Fax: (213) 622-2690

10 Garylene Javier
   gjavier@crowell.com
11 CROWELL & MORING LLP
   1001 Pennsylvania Avenue NW
12 Washington, DC 20004
   Telephone:  (202) 624-2500
13 Facsimile:   (202)628-5116

14
   Attorneys for Plaintiff Chegg, Inc.
15

16

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                    SAN FRANCISCO DIVISION

20

21 | Chegg, Inc., | Case No. 3:22-cv-7326-CRB |
22 |         Plaintiff, | **NOTICE OF WITHDRAWAL OF GABRIEL M. RAMSEY, JENNIE WANG VONCANNON, GARYLENE JAVIER, ANNA Z. SABER AS COUNSEL FOR PLAINTIFF CHEGG, INC.** |
23 |   v. | |
24 | John Doe, | |
25 |         Defendant. | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

NOTICE OF WITHDRAWAL;
CASE NO. 3:22-CV-7326-CRB

**PLEASE TAKE NOTICE THAT** Gabriel M. Ramsey, Jennie Wang VonCannon, Garylene Javier, and Anna Z. Saber of Crowell & Moring LLP hereby withdraw as counsel of record for Plaintiff Chegg, Inc. in the above-captioned action. John H. Hemann, Ryan C. Stevens, and Tiana A. Demas of Cooley LLP will continue as counsel of record for Plaintiff.

Dated:  November 8, 2023

Respectfully submitted,

CROWELL & MORING LLP

By: */s/ Gabriel M. Ramsey*
Gabriel M. Ramsey
gramsey@crowell.com
Anna Z. Saber
asaber@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, A 94111
Telephone: (415) 986-2800
Fax: (415) 986-2827

Jennie Wang VonCannon
jvoncannon@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, Ca 90071
Telephone: (213) 622-4750
Fax: (213) 622-2690

Garylene Javier
gjavier@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Telephone:  (202) 624-2500
Facsimile:   (202)628-5116

Attorneys for Plaintiff
Chegg, Inc.