UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEGG, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIKASA SWAMI, A/K/A @THEVIIKASH, AND JOHN DOES 1-3, <br><br> Defendant. | Case No. 3:22-cv-07326-CRB <br><br> **[PROPOSED] ORDER CONVERTING TEMPORARY RESTRAINING ORDER INTO PRELIMINARY INJUNCTION** |

On January 12, 2024, the Court granted Plaintiff Chegg, Inc.'s ("Chegg") Ex Parte Motion for Temporary Restraining Order ("TRO") and Order to Show Cause for Preliminary Injunction. Dkt. 74 (filed under seal). The Court subsequently extended the TRO through February 9, 2024 and set an Order to Show Cause for February 9, 2024 at 10:00 AM, Dkt. 77.

The Court, having considered Plaintiff's moving papers and the arguments of counsel, hereby converts Plaintiff's TRO to a Preliminary Injunction.

### I. BACKGROUND

On November 7, 2023, this Court issued a preliminary injunction ("the Order") finding that: (1) Chegg was likely to succeed on the merits of all its claims; (2) Chegg established irreparable harm from Defendants' illegal actions; and (3) the balance of equities tipped in Chegg's favor. Dkt. 66. The Court ordered that U.S.-based registries of Homeworkify[.]net, Homeworkify[.]eu, and associated redirect websites be transferred to Chegg's control. *Id.*[1] The Court also respectfully requested that the foreign internet service providers provide the same relief. *Id.* The domains,

---

[1] As this case has progressed, Defendants have moved Homeworkify—the main website at the center of this action—from Homeworkify.net to Homeworkify.eu to Homeworkify.st. *See* Dkt. 48, Dkt. 66 at p. 16, n.5., and Dkt. 72. When users visit the Homeworkify domains, they are redirected to various sites containing online ads ("Redirect Sites"), which is how Defendants monetize their scheme. Dkt. 46 at 4, ¶ 14. The Redirect Sites also are subject to the Order. *See id*; Dkt. No. 49 at 10.

domain registries, and domain registrars subject to the Order were set forth in Appendix A to the Order. *See* Dkt. 53-1.

Chegg then submitted an ex parte motion for a TRO on December 19, 2024 because on November 9, 2023—just two days after the Court issued the Order—Defendants moved Homeworkify[.]eu, a website subject to the Order, to a new domain (Homeworkify[.]st) hosted by new providers, effectively nullifying the relief granted in the Order. Dkt. 72. Defendants' unilateral actions frustrated the Order, which did not cover the new domain or new hosting providers. Finding that Chegg had met its burden to establish that a TRO and order to show cause were appropriate, the Court granted Chegg's TRO and modified the relief initially granted in the Order to cover Homeworkify[.]st and its new hosting providers, as reflected in the revised version of Appendix A submitted by Chegg. Dkt. 74 (filed under seal). The Court subsequently extended the TRO through February 9, 2024 and set an Order to Show Cause for February 9, 2024 at 10:00 AM, Dkt. 77.

Having reviewed the papers the papers, declarations, exhibits, and memorandum filed in support of Chegg's original Motion and Renewed Motion for Preliminary Injunction, and subsequent TRO motion, the Court hereby finds that there is good cause to convert the TRO to a Preliminary Injunction.

**PRELIMINARY INJUNCTION**

Accordingly, the Court hereby **CONVERTS** the TRO issued January 12, 2024 into a Preliminary Injunction. See Dkt. 74. The Court **HEREBY ORDERS** that:

(1) Appendix A to the Court's November 7, 2023 Order (Dkt. 53-1) is amended as per the attached Exhibit A-1 to add Homeworkify[.]st and Homeworkify[.]st/mirror-1/ (collectively, "Homeworkify[.]st") and their respective hosting providers, WHOIS, and DNS information;

(2) Homeworkify[.]st's foreign (non-U.S.-based) hosting providers are respectfully requested to disable Homeworkify[.]st and any substantially similar sites controlled by Defendants (identified by Defendants' names, email addresses, and domains), and to stop providing services to Defendants and all individuals associated with the domains in Appendix A-1; and

This injunction shall remain in effect pending the final disposition of this action.

**IT IS SO ORDERED.**

Entered this  13th  day of February, 2023.

_____
Hon. Charles R. Breyer
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

[PROPOSED] ORDER
CONVERTING TRO TO PI

**APPENDIX A-1**

## .COM, .NET Registry

VeriSign, Inc.
Verisign Worldwide Headquarters
12061 Bluemont Way
Reston, VA 20190

## .COM, .NET Domains

| Domain | Registrant Information |
|---|---|
| Homeworkify.net | Domain name: homeworkify.net
Registry Domain ID: 2666348744_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar UR  : http://www.namecheap.com
Updated Date: 2022-12-06T16:01:36.58
Creation Date: 2022-01-06T09:12:18.00
Registrar Registration Expiration Date: 2024-01-06T09:12:18.00
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone:   1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp  clientTransferPr ohibited
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone:   354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: 8f47b7b0dd3f4d558b03d5e7ad9d127a.protect@withheldforprivacy.com
Registry Admin ID: |

| | |
|---|---|
| | Admin Name: Redacted for Privacy<br>Admin Organization: Privacy service provided by Withheld for Privacy ehf<br>Admin Street: Kalkofnsvegur 2<br>Admin City: Reykjavik<br>Admin State/Province: Capital Region<br>Admin Postal Code: 101<br>Admin Country: IS<br>Case 3:22-cv-07326-CRB Document 36-1 Filed 06/02/23 Page 1 of 2<br>2<br>Admin Phone:   354.4212434<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email: 8f47b7b0dd3f4d558b03d5e7ad9d127a.protect@withheldforprivacy.com<br>Registry Tech ID:<br>Tech Name: Redacted for Privacy<br>Tech Organization: Privacy service provided by Withheld for Privacy ehf<br>Tech Street: Kalkofnsvegur 2<br>Tech City: Reykjavik<br>Tech State/Province: Capital Region<br>Tech Postal Code: 101<br>Tech Country: IS<br>Tech Phone:   354.4212434<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: 8f47b7b0dd3f4d558b03d5e7ad9d127a.protect@withheldforprivacy.com<br>Name Server: june.ns.cloudflare.com<br>Name Server: morgan.ns.cloudflare.com<br>DNSSEC: unsigned<br>UR   of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>For more information on WHOIS status codes, please visit https://icann.org/epp |
| Homeworkify.net | Combahton GmbH<br>Robert-Bosch-Stra e 25<br>63225  angen, Germany |
| Homeworkify.net | Meerfarbig GmbH   Co. KG<br>Kruppstra e 10560388 Frankfurt am Main, Germany |
| Techdae.com | Domain name: techdae.com |

```
Registry Domain ID: 2714789262_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar UR : http://www.namecheap.com
Updated Date: 2023-06-22T11:02:16.17
Creation Date: 2022-07-30T17:32:26.00
Registrar Registration Expiration Date: 2024-07-30T17:32:26.00
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: email@namecheap.com
Registrar Abuse Contact Phone:  1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp clientTransferProhibited
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone:  354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: email@withheldforprivacy.com
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone:  354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: email@withheldforprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
```

|  | Tech State/Province: Capital Region<br>Tech Postal Code: 101<br>Tech Country: IS<br>Tech Phone: 354.4212434<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: email@withheldforprivacy.com<br>Name Server: kinsley.ns.cloudflare.com<br>Name Server: lennon.ns.cloudflare.com<br>DNSSEC: unsigned<br>UR  of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>    ast update of WHOIS database: 2023-08-17T10:29:03.12<br>For more information on Whois status codes, please visit https://icann.org/epp |
|---|---|
| Techdae.com | Stark Industries Solutions  td. c/o Ivan Neculiti<br>71-75 Shelton Street, Covent Garden,  ondon, WC2H 9J  , United Kingdom |
| Wowbabytoys.com | Domain name: wowbabytoys.com<br>Registry Domain ID: 2622608660_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar UR : http://www.namecheap.com<br>Updated Date: 2023-06-15T04:17:41.00<br>Creation Date: 2021-06-27T17:50:30.00<br>Registrar Registration Expiration Date: 2024-06-27T17:50:30.00<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: email@namecheap.com<br>Registrar Abuse Contact Phone: 1.9854014545<br>Reseller: NAMECHEAP INC<br>Domain Status: clientTransferProhibited https://icann.org/epp  clientTransferProhibited<br>Domain Status: transferPeriod https://icann.org/epp  transferPeriod<br>Registry Registrant ID:<br>Registrant Name: Redacted for Privacy<br>Registrant Organization: Privacy service provided by Withheld for Privacy ehf<br>Registrant Street: Kalkofnsvegur 2<br>Registrant City: Reykjavik<br>Registrant State/Province: Capital Region<br>Registrant Postal Code: 101<br>Registrant Country: IS<br>Registrant Phone: 354.4212434<br>Registrant Phone Ext:<br>Registrant Fax: |

4

|  | Registrant Fax Ext:<br>Registrant Email: email@withheldforprivacy.com<br>Registry Admin ID:<br>Admin Name: Redacted for Privacy<br>Admin Organization: Privacy service provided by Withheld for Privacy ehf<br>Admin Street: Kalkofnsvegur 2<br>Admin City: Reykjavik<br>Admin State/Province: Capital Region<br>Admin Postal Code: 101<br>Admin Country: IS<br>Admin Phone:   354.4212434<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email: email@withheldforprivacy.com<br>Registry Tech ID:<br>Tech Name: Redacted for Privacy<br>Tech Organization: Privacy service provided by Withheld for Privacy ehf<br>Tech Street: Kalkofnsvegur 2<br>Tech City: Reykjavik<br>Tech State/Province: Capital Region<br>Tech Postal Code: 101<br>Tech Country: IS<br>Tech Phone:   354.4212434<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: email@withheldforprivacy.com<br>Name Server: connie.ns.cloudflare.com<br>Name Server: dexter.ns.cloudflare.com<br>DNSSEC: unsigned<br>UR   of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>        ast update of WHOIS database: 2023-08-15T00:59:20.58<br>For   more   information   on   Whois   status   codes,   please   visit https://icann.org/epp |
| --- | --- |
| Wowbabytoys.com | Interneto vizija<br>J. Kubiliaus str. 6, Vilnius,   ithuania |

## *.EU Registry*

EURid vzw/asbl
Telecomlaan 9
1831 Diegem, Belgium

## *.EU Domains*

| Domain | Registrant Information |
|---|---|
| Homeworkify.eu and Homeworkify.eu/mirror-1/ | Domain name<br>homeworkify.eu<br>Status<br>Registered<br>Registered<br>03 June 2023<br>Registrar<br>PDR  td.<br><br>REGISTRANT<br>  anguage<br>English<br>Email<br>martinzdaniel432@protonmail.com<br>TECHNICA   CONTACT<br>Organisation<br>P.D.R. Solutions (US)     C<br>  anguage<br>English<br>Email<br>apac-domain.manager@endurance.com<br>NAME SERVERS<br>Name server   1<br>fay.ns.cloudflare.com<br>Name server   2<br>randall.ns.cloudflare.com |
| Homeworkify.eu and Homeworkify.eu/mirror-1/ | Combahton GmbH<br>Robert-Bosch-Stra e 25<br>63225   angen, Germany |
| Homeworkify.eu  and Homeworkify.eu/mirror-1/ | Meerfarbig GmbH    Co. KG<br>Kruppstra e 10560388 Frankfurt am Main, Germany |

### .ONLINE Registry

Radix F C  
Directiplex  
Next to Andheri Subway  
Old Nagardas Road, Andheri (East)  
Mumbai Maharashtra 400069  
India

### .ONLINE Domains

| Domain | Registrant Information |
|---|---|
| Jkbosepapers.online | Name: jkbosepapers.online<br>Registry Domain ID: D352027308-CNIC<br>Domain Status: clientTransferProhibited<br>Nameservers:<br>tina.ns.cloudflare.com<br><br>nick.ns.cloudflare.com<br><br>Dates<br>Registry Expiration: 2024-03-04 23:59:59 UTC<br>Updated: 2023-07-27 20:35:32 UTC<br>Created: 2023-03-04 09:03:35 UTC |
| Jkbosepapers.online | Hostinger operations, UAB<br>  vitrigailos str. 34, Vilnius 03230   ithuania |
| Jkbosepapers.online | Colocation    td.<br>Kingsfordweg 151, 1043 GR Amsterdam, Netherlands |
| Jkbosepapers.online | Worldstream<br>Industriestraat 53, 2671 CT, Naaldwijk, Netherlands |

### .NL Registry

Stichting Internet Domeinregistratie Nederland "SIDN"  
Meander 501  
6825 MD ARNHEM  
The Netherlands

### .NL Domains

| Domain | Registrant Information |
|---|---|

| Exedustack[.]nl | Domain name: exedustack.nl<br>Status:     active<br><br>Registrar:<br>PDR   td.<br>Endurance Group, Unit No 501, 5th floor, Building No 3<br>400063 Mumbai<br>India<br><br>Abuse Contact:<br>  91.2267209000<br><br><br>Creation Date: 2023-01-26<br><br>DNSSEC:     no<br><br>Domain nameservers:<br>aspen.ns.cloudflare.com<br>armando.ns.cloudflare.com |
| --- | --- |
| Exedustack[.]nl | Dominic Scholz trading as ITP-Solutions GmbH    Co. KG<br>Wilhelmstra e 23<br>63911 Klingenberg am Main, Germany |
| Exedustack[.]nl | DeinServerHost c/o Christian Ralph Hennig<br>Kirchplatz 17<br>66571 Eppelborn, Germany |

*.ST Registry*

.ST Registry
ST Registry AB
Parkgatan 6
784 32 Borlange
Sweden

ST Registry AB
Bahnhof ST Sao Tome imitada
Travessa Jo o de Deus C.P. 709
S. Tom e Principe

*.ST Domains*

| Domain | Registrant Information |
| --- | --- |
| Homeworkify.st and Homeworkify.st/mirror-1/ | FlokiNET ehf<br>P.O. Box No 4<br>121 Reykjav k<br>Iceland |
| Homeworkify.st and Homeworkify.st/mirror-1/ | Combahton GmbH<br>Robert-Bosch-Stra e 25<br>63225   angen, Germany |
| Homeworkify.st and Homeworkify.st/mirror-1/ | Meerfarbig GmbH    Co. KG<br>Kruppstra e 10560388 Frankfurt am Main, Germany |
| Homeworkify.st and Homeworkify.st/mirror-1/ | Dominic Scholz trading as ITP-Solutions GmbH    Co. KG<br>Wilhelmstra e 23<br>63911 Klingenberg am Main, Germany<br>  49 9372 708 126 |
| Homeworkify.st and Homeworkify.st/mirror-1/ | DeinServerHost c/o Christian Ralph Hennig<br>Kirchplatz 17<br>66571 Eppelborn, Germany<br>  49 6881 59591 00 |