IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHEGG, INC.,

        Plaintiff,

    v.

VIKASA SWAMI A/K/A @THEVIIKASH,

        Defendant.

Case No.  22-cv-07326-CRB

**ORDER TO SHOW CAUSE**

The Court granted a preliminary injunction on February 13, 2024.  Plaintiff filed a case management statement on March 1, 2024.  It has now been over a year without any activity.  Plaintiff is ordered to show cause for why this case should not now be dismissed. Plaintiff must file a response by April 3, 2026 or the case may be dismissed.  See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: March 20, 2026

_____

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California